UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| VINCENT TOMPKINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARTIN O'MALLEY, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:23-CV-510-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the Order entered on August 6, 2024 [D.E. 17], the court the court ADOPTS the conclusions in the M&R [D.E. 16], GRANTS plaintiff's request for relief [D.E. 11], and REMANDS the action to the commissioner.

This Judgment filed and entered on August 6, 2024, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)

August 6, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk